IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
        v.                    *     CR 115-101
                              *
JOSHUA L. PHILLIPS            *
```

## O R D E R

Defendant Joshua L. Phillips has filed a motion to reduce sentence based upon Amendment 821 to the United States Sentencing Guidelines. A federal court may modify a sentence if the defendant's sentencing range has been subsequently lowered by the Sentencing Commission, after consideration of the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3582(c)(2).

At sentencing, it was determined that Phillips had a total offense level of 23. Under U.S.S.G. § 4A1.1, his criminal history score of 14 was increased by two "status points" because he had committed this federal offense while under a criminal justice sentence. A criminal history score of 16 produces a criminal history category of VI. With an offense level of 23 and a criminal history category of VI, Phillips's guideline range was 92 to 115 months. He was sentenced to serve 115 months imprisonment.

Amendment 821 to the Sentencing Guidelines provides a

retroactive adjustment for certain offenders whose criminal history was impacted by "status points" under U.S.S.G. § 4A1.1. Under the amended U.S.S.G. § 4A1.1(e), Phillips would receive only one status point. Thus, his criminal history score would fall from 16 to 15 upon retroactive application of Amendment 821. Even so, a criminal history score of 13 or more produces a criminal history category of VI. Accordingly, the reduction in his total criminal history score does not change his criminal history category. Thus, his guideline range would not be affected by Amendment 821.

Upon the foregoing, Defendant Phillips's motion to reduce sentence upon application of Amendment 821 (doc. 23) is **DENIED**.[1]

**ORDER ENTERED** at Augusta, Georgia this 25th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also moves to dismiss his indictment upon his contention that the President of the United States and the United States Supreme Court recently found that all gun laws are unconstitutional. This contention is patently false.