**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

UNITED STATES OF AMERICA          *
                                  *
      v.                          *        CR 115-101
                                  *
JOSHUA L. PHILLIPS                *

---

**O R D E R**

---

On January 29, 2026, the Court explained to Defendant Joshua L. Phillips that he can only challenge the Bureau of Prisons' length of sentence determinations under 28 U.S.C. § 2241 in the district of his confinement. (Doc. 26.) In response, Defendant has filed another motion, apparently asking the Court to send some record or file within its control to the BOP to show when Defendant came into federal custody. Defendant, however, does not identify any particular document or file.

As previously explained, the Court does not have jurisdiction over the matters raised by Defendant. Defendant must file a petition under 28 U.S.C. § 2241 in the Northern District of Alabama once his administrative remedies are exhausted with the BOP. Defendant is assured that the district court in Alabama will have access to all documents on the docket of this district's criminal case should it become necessary.

Upon the foregoing, Defendant's broad and vague request for records (doc. 27) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _9th_ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA